IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 7 2007

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

GLORIA A. MARTINEZ,                §
                                   §
          Plaintiff,               §
                                   §
VS.                                §    NO. 4:06-CV-415-A
                                   §
MICHAEL J. ASTRUE,                 §
COMMISSIONER OF SOCIAL             §
SECURITY,                          §
                                   §
          Defendant.               §

## ORDER

Came on for consideration the above-captioned action wherein
Gloria A. Martinez is plaintiff and Michael J. Astrue,
Commissioner of Social Security, is defendant.  This is an action
for judicial review of a final decision of the Commissioner
denying plaintiff's claim for disability insurance benefits under
Title II of the Social Security Act.  On July 31, 2007, the
United States Magistrate Judge issued his proposed findings,
conclusions, and recommendation and granted the parties until
August 21, 2007, in which to file and serve objections.  Because
timely objections have not been filed, the court accepts the
proposed findings, conclusions, and recommendation of the United
States Magistrate Judge.  Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits under Title II be, and is hereby, affirmed.

SIGNED August 27, 2007.

JOHN McBRYDE
United States District Judge